UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

| | |
|---|---|
| RONALD ALLEN PERKINS | CASE NO: 11-55593-PJS |
| THERESA MARIE PERKINS | CHAPTER: 13 |
| | JUDGE: SHEFFERLY |
| DEBTOR(S)/ | |

## ORDER GRANTING OBJECTION TO PROOF OF CLAIM OF HSBC BANK NEVADA, N.A., (BEST BUY CO. INC.) C/O BASS & ASSOCIATES, P.C. (CLAIM #11-1)

This matter having come on for hearing before the Court by way of the objection of the Debtor to the allowance of the claim of the above referenced creditor, service having been made with a notice of hearing allowing a thirty (30) day notice pursuant to Bankruptcy Rule 3007, a hearing having been held, the Court having heard the matter in open Court and for the reason stated on the record;

**NOW THEREFORE, IT IS HEREBY ORDERED THAT:**

The objection to the Proof of Claim filed by the above-referenced Creditor is hereby granted. To the extent that the Chapter 13 Standing Trustee has previously made disbursements to such Creditor, the Trustee shall not be obligated to recoup the same.

**IT IS FURTHER ORDERED** as follows: *[Only provisions checked below apply]*

[XX] Claim #11-1 shall be treated as a Class Eight General Unsecured Creditor and shall be paid, pro rata $0.00 from any funds available until the expiration of the plan, which is 60 months. Further, Class Eight General Unsecured Creditors will receive the amount stated of the Plan will continue for the length stated whichever produces the greater dividend.

.

```
Signed on January 17, 2012
                              /s/ Phillip J. Shefferly
                          Phillip J. Shefferly
                          United States Bankruptcy Judge
```